```
                                                        FILED
                                                        December 10, 2010
         UNITED STATES DISTRICT COURT FOR THE           CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA

                                                        DEPUTY CLERK
```

UNITED STATES OF AMERICA,              )
                                       )       Case No. MAG. 10-0320-KJM
      Plaintiff,                       )
v.                                     )
                                       )
                                       )       ORDER FOR RELEASE OF
ADRIAN ALVERADO-LUPERICO,              )       PERSON IN CUSTODY
                                       )
      Defendant.                       )
_____)

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ADRIAN ALVERADO-LUPERICO, Case No. MAG. 10-0320-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release on Personal Recognizance

   _____   Bail Posted in the Sum of: ~~$75,000.00~~ *and*

        _____   Co-Signed Unsecured Appearance Bond

        _____   Secured Appearance Bond

        _____   (Other) <u>Conditions as stated on the record.</u>

        _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>12-10-10</u> at <u>4:00 p.m.</u>

By <u>/s/ Dale A. Drozd</u>
~~Edmund F. Brennan~~ DALE A. DROZD
United States Magistrate Judge